

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00472-CR

Susan **DONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was due October 26, 2018. On that day, appellant filed a "Motion to Extend Briefing Deadline Pending Supplementation or Correction of Appellate Record." In her motion, appellant requests an extension to file her brief, advising this court that the clerk's record is incomplete. According to appellant, the clerk's record does not contain "a copy of Appellant's motion to suppress, the written order denying Appellant's motion to suppress, and any findings of fact made by the trial court." A review of the clerk's record, which was filed on September 4, 2018, confirms these items are missing.

Accordingly, we **ORDER** the Wilson County district clerk to file a supplemental clerk's record in this court **on or before November 30, 2018** with a copy of the motion to suppress, order denying the motion to suppress, and findings of fact, if any. We further **GRANT** appellant's motion requesting an extension of time and **ORDER** appellant to file her brief in this court on or before thirty days after the date the supplemental clerk's record is filed in this court.

We **order** the clerk of this court to serve a copy of this order on all counsel and the Wilson County District Clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.



Keith E. Hottle
Clerk of Court